IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 28 2015

CLERK
SO. DIST. OF GA

JARROD MARQUEL JOHNSON,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　CASE NO. CV415-56
　　　　　　　　　　　　　　　　)　　　　　　CR413-065
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　　)
　　　　　　　　　　　　　　　　)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 6), to which no objections have been filed.
Accordingly, the report and recommendation is **ADOPTED** as the
Court's opinion and Petitioner's § 2255 motion is hereby **DENIED**
and this case is **DISMISSED WITHOUT PREJUDICE** to allow him to
refile in the proper district once he has fulfilled his claim's
exhaustion requirement. The Clerk of Court is **DIRECTED** to close
this case.

SO ORDERED this 28th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA