IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JARROD JOHNSON, )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-263
)          CR413-065
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's Motion to Modify and Correct Sentence (Doc. 1), which this Court construed[1] as seeking relief under 28 U.S.C. § 2241, is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2nd day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As made clear in the Report and Recommendation, Petitioner cannot use Federal Rule of Criminal Procedure 35 to attack his sentence and his request actually seeks relief under 28 U.S.C. § 2241.